

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-14-00690-CV

Thomas **ROSAS**, Jaime Rosas, and all Occupants,
Appellants

v.

**21ST MORTGAGE CORPORATION**,
Appellee

From the County Court at Law No. 2, Bexar County, Texas
Trial Court No. 2014-CV-00771
Honorable Tina Torres, Judge Presiding

PER CURIAM

Sitting:      Sandee Bryan Marion, Chief Justice
                Karen Angelini, Justice
                Jason Pulliam, Justice

Delivered and Filed:  March 25, 2015

DISMISSED FOR WANT OF PROSECUTION

This is an accelerated appeal. Appellant's brief, which was originally due on January 8, 2015, has not been filed. On January 30, 2015, this court granted appellant's motion for extension of time to file appellant's brief. Appellant's brief was due to be filed by February 9, 2015. Appellant did not file the brief. On February 19, 2015, for the second time, this court ordered appellant to show cause in writing by March 6, 2015 why this appeal should not be dismissed for want of prosecution. Appellant did not respond.

The appeal is DISMISSED for want of prosecution. *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b).

Costs of appeal are taxed against appellant.

PER CURIAM